UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUL 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| TRI-LYNX Corporation, <br> a Texas corporation, <br><br> Plaintiff, <br><br> vs. <br><br> RKRP, Inc., <br> a Delaware corporation, <br><br> Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> ) MISC ACTION NO. B-01-018 <br> ) <br> ) <br> ) <br> ) <br> ) |

# ORDER QUASHING SUBPOENA

On this day the Court considered the Motion To Quash Subpoena filed by Don Breeden and Breeden McCumber Gonzalez, Inc. regarding a subpoena dated June 22, 2001 issued by Christopher S. Olson and served on the movants. It appearing to the Court that the motion is well taken, it is

ORDERED, that the subpoena dated June 22, 2001 issued by Christopher S. Olson and served on Don Breeden and Breeden McCumber Gonzalez, Inc. requiring the production of certain documents in Bloomfield Hills, Michigan on July 9, 2001 shall be, and the same hereby is, quashed. Don Breeden and Breeden McCumber Gonzalez, Inc. are hereby relieved from any obligation to produce documents as required by said subpoena.

ORDER QUASHING SUBPOENA – Page 1

Done this 9th day of July, 2001 at Brownsville, Texas.

_____
United States **Magistrate Judge**

ORDER QUASHING SUBPOENA - Page 2

     G. List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

12. State the date the planned discovery can reasonably be completed.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

17. State whether a jury demand has been made and if it was made on time.

18. Specify the number of hours it will take to present the evidence in this case.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

20. List other motions pending.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

22. List the names, bar numbers, addresses, and telephone numbers of all counsel.

ClibPDF - www.fastio.com