3

United States District Court
Southern District of Texas
FILED

APR 1 2 2001

Michael N. Milby
Clerk of Court

THE HONORABLE, JOHN WM. BLACK, MAGISTRATE JUDGE PRESIDING

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-01-018          DATE & TIME 04/12/01 @ 1:30 P.M.

ROSE GARZA                                    PLAINTIFF(S) MIGUEL SALINAS
                                              COUNSEL

VS

FEDERAL EXPRESS CORP.                         DEFENDANT(S) _____
                                              COUNSEL


COURTROOM DEPUTY: IRMA A. SOTO
ERO:              Gabriel Mendieta

Attorney, Miguel Salinas, and Plaintiff, Rose Garza, are present.

Court wants to know why he should not recommend to the Honorable Filemon B. Vela why case should not be dismissed, since nothing has been done since January 29, 2001 and service has not been had on the defendant.

Attorney Salinas informs the Court that he had problems with process server at the time, but has retained a new process server and Defendant has been served thru C.T. Corp. Systems.

Court advises attorney to be more diligent next time.