

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **ROSE GARZA**<br>Plaintiff | § § § | |
| vs. | § § § | Civil Action No. B-01-018<br>(JURY REQUESTED) |
| **FEDERAL EXPRESS CORPORATION**<br>Defendant | § § § | |

## CORPORATE DISCLOSURE STATEMENT

Defendant Federal Express Corporation d/b/a FedEx Express ("FedEx") provides this statement identifying all parent companies. Federal Express Corporation identifies its parent company, FedEx Corporation. Federal Express Corporation is a wholly owned subsidiary of FedEx Corporation whose shares are traded publicly.

Respectfully submitted,

_____
Carl K. Morrison, Esq.
PRO HAC VICE
Senior Attorney, Litigation
FedEx Express
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125
Telephone: (901)434-8552
Facsimile: (901)434-9279
**ATTORNEY IN CHARGE**

Jaime Balli
Texas State Bar No. 01657980
Federal Bar No. 15130
**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
Harlingen, TX 78550
Telephone: (956)428-7495

Facsimile: (956)428-2954
OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Corporate Disclosure has been served upon Counsel for Plaintiff: Mr. Miguel Salinas, GARZA & SALINAS, L.L.P., 680 E. St. Charles, Suite 110, Brownsville, Texas 78520, via first class U.S. Mail, postage pre-paid, on this 12th [13th] day of July, 2001.

_____
Jaime Balli