7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSE GARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-018 |
| | § | |
| FEDERAL EXPRESS CORP. | § | |

## APPLICATION TO APPEAR *PRO HAC VICE* AND MOTION TO APPEAR AS ATTORNEY IN CHARGE

I, Carl K. Morrison, file this Application to appear *pro hac vice* and Motion to Appear as Attorney in Charge before this Court.

### A. Application

1. My name is Carl K. Morrison. I am a Senior Attorney at Federal Express Corporation. My business address, telephone number and fax numbers are as follows: 3620 Hacks Cross Road, Building B, 3rd Floor, Delivery Code 7103, Memphis, Tennessee 38125/ Telephone: (901) 434-8552; Facsimile (901) 434-9279 and E-mail: carl.morrison@fedex.com.

2. I have been designated to provide legal representation in connection with this case.

3. Since October 1994, I have been and presently am a member in good standing of the Bar of the highest court of the state of Tennessee.

4. I have been admitted to practice in the following courts: Supreme Court of Tennessee, October 1994; United States District Court, Western District of Tennessee, February 1995; United States Court of Appeals, Sixth Circuit, January 1997; United States District Court, Southern District of Mississippi, August 1997; United States District Court, Eastern and Western Districts of Arkansas, April 2001; and the United States Court of Appeals, Fourth Circuit, May 2001.

5. I have not been the subject of any grievance proceeding or involuntary removal proceeding while a member of the Bar of any state or federal court.

6. I have not been charged, arrested or convicted of a criminal offense or offenses.

7. In the past three (3) years I have not applied to appear *pro hac vice* before this Court.

8. I designate Jaime Balli of the Law Firm of Adams & Graham, L.L.P. as Of Counsel of record to assist me in this case. Jaime Balli's office address, telephone number and fax numbers are as follows: 222 E. Van Buren, West Tower, P.O. Drawer 1429, Harlingen, Texas 78551-1429, 956/428-7495 is the phone number and 956/428-2954 is the fax.

9.  I certify that I have read and am familiar with the Local Civil Rules of this Court and in particular, Rule 1(k) entitled Practice without Admission and hereby move the Court to allow me to appear as attorney in charge in this case.

10. I certify that I will abide and comply with the applicable local rules and the federal rules.

## B. Prayer

11. For these reasons, I, Carl K. Morrison, ask the Court to grant this application to appear *pro hac vice* and this Motion to Appear as Attorney in Charge before this Court until the conclusion of this case.

Respectfully Submitted,

Carl K. Morrison, Esq.
Tennessee Bar No. 16824
Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, Tennessee 38125
(901) 434-8552
(901) 434-9279 FAX

ATTORNEY IN CHARGE

JAIME BALLI
**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954

OF COUNSEL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ____20th____ day of July, 2001, a true and correct copy of the above and foregoing instrument was forwarded to counsel of record, as indicated below:

Miguel Salinas
GARZA & SALINAS, LLP
680 E. St. Charles
Suite 110
Brownsville, TX 78520

Juan A. Gonazalez

400475

3