9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 13 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSE GARZA § | |
|     Plaintiff § | |
| § | |
| vs. § | Civil Action No. B-01-018 |
| § | (JURY REQUESTED) |
| § | |
| FEDERAL EXPRESS CORPORATION § | |
|     Defendant § | |

### REQUEST TO APPEAR BY TELEPHONE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **CARL K. MORRISON**, Attorney in Charge for Defendant, **FEDERAL EXPRESS CORPORATION D/B/A FEDEX EXPRESS ("FEDEX")**, and submits this, his request to appear by telephone pursuant to local rules 2 & 8 and would show this Honorable Court as follows:

I.

An **Initial Pre-Trial Conference** under Fed. R. Civ. P. 8 is scheduled for Thursday, August 16, 2001, at 2:00 o'clock p.m. for the purposes of entering a Scheduling Order in connection with the above referenced civil action.

II.

Attorney in Charge for Defendant, **CARL K. MORRISON**, is a senior attorney with Defendant's legal department in Memphis, Tennessee. Of Counsel is attorney **JAIME BALLI** of **ADAMS & GRAHAM, L.L.P.**, of Harlingen, Cameron County, Texas.

III.

It is anticipated that a member Of Counsel's firm will appear in person at the above referenced **Initial Pre-Trial Conference.** Attorney in Charge would respectfully request permission from the Court to appear by telephone at said **Initial Pre-Trial Conference.**

WHEREFORE, PREMISES CONSIDERED, Attorney in Charge requests permission from the Court to appear by telephone at the August 16, 2001, **Initial Pre-Trial Conference** on this civil action, and for such other relief, both at law and in equity, to which Defendant may show itself justly entitled to receive.

Respectfully submitted,

_____
Carl K. Morrison, Esq.
PRO HAC VICE
Senior Attorney, Litigation
FedEx Express
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125
Telephone: (901)434-8552
Facsimile: (901)434-9279
**ATTORNEY IN CHARGE**

Jaime Balli
Texas State Bar No. 01657980
Federal Bar No. 15130
**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
Harlingen, TX 78550
Telephone: (956)428-7495
Facsimile: (956)428-2954
**OF COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Corporate Disclosure has been served upon Counsel for Plaintiff: Mr. Miguel Salinas, GARZA & SALINAS, L.L.P., 680 E. St. Charles, Suite 110, Brownsville, Texas 78520, via facsimile and certified first class U.S. Mail, postage pre-paid, on this 13th day of August, 2001.



Jaime Ba[...]

[20-dpl] c:\wp51\docs\F542\req-app.tel

Page 3