United States District Court
Southern District of Texas
FILED

SEP 0 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSE GARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-018 |
| | § | |
| FEDERAL EXPRESS CORP. | § | |

### DEFENDANT'S RULE 26 INITIAL DISCLOSURE STATEMENT

Defendant, Federal Express Corporation, by and through counsel, submits the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

### Preliminary Statement

Defendant objects to the disclosure of information that is protected by the attorney-client privilege, the work product doctrine or any other applicable privilege. To the extent that Defendant inadvertently discloses information that may be protected from discovery under the attorney-client privilege, the work product doctrine or any other applicable privilege, such inadvertent disclosure does not constitute a waiver of any such privileges.

The information set forth below is provided without in any manner waiving (1) the right to object to the use of any response for any purpose, in this action or any other actions, on the grounds of privilege, relevance, materiality, or any other appropriate grounds; (2) the right to object to any requests involving or relative to the subject matter of the response herein; (3) the right to revise, correct, supplement or clarify any of the responses provided below, at anytime. Defendant specifically reserves the right to

   (7)   Roderick Rogers, Station Operations Manager
         Subject: Plaintiff's performance deficiencies.

**B.   A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Following is a listing or description by category of all documents, data compilations, and tangible things in Defendant's possession, custody or control which may be relevant to disputed facts. Defendant is a large corporation; therefore documents may exist which have yet to be discovered. Defendant is still in the process of looking for relevant documents and Defendant specifically reserves the right to supplement its production if such additional documents are discovered. Defendant does not intend by this listing or production to waive any objection to any privilege of any document in the referenced files or to later use at trial. Other than privileged documents, the documents listed below will be made available for inspection and copying upon reasonable notice, at the offices of Defendant's local counsel, Jaime Balli of Adams & Graham, LLP, 222 E. Van Buren, West Tower, Harlingen, Texas 78550.

   (1)   Prism Information – computer printouts of Plaintiff's personal contact
         information, job history, and other computer-generated data;

   (2)   Employee file – Plaintiff's current personnel file;

   (3)   Personnel Representative file – any documents maintained by Plaintiff's
         Personnel Representative;

   (4)   Benefits – summary of Plaintiff's benefits information;

   (5)   Earnings History;

 (6) Service Agent job description;

 (7) Relevant policies regarding performance improvement and defendant's internal grievance policy; and

 (8) GFTP file – documents regarding plaintiff's previous use of internal grievance procedure.

**C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Defendant intends at this time to claim the cost of this lawsuit including, but not limited to, deposition transcript costs, court reporter fees and costs, copying costs, attorney's fees, paralegal fees, and expert witness fees awardable to prevailing parties. These fees will be calculated based on a reasonable hourly rate multiplied by the total number of hours expended in defense of this matter.

**D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

The claim is potentially covered by a policy of insurance with CHUBB Group of Insurance Companies. However, the company is self-insured for any amount up to $500,000. Therefore, Defendant does not anticipate that any judgment in this case would be covered by the policy. A copy of the policy will be available for inspection and copying upon request and showing of relevancy at a mutually convenient time and date at

the offices of Defendant's local counsel, Jaime Balli of Adams & Graham, LLP, 222 E. Van Buren, West Tower, Harlingen, Texas 78550.

Respectfully Submitted,

By: _____
Carl K. Morrison, Esq.
Tennessee Bar No. 16824
Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, Tennessee 38125
(901) 434-8552
(901) 434-9279 FAX

ATTORNEY IN CHARGE

Jaime Balli
Federal I.D. No. 15130
State Bar No. 01657980
Juan A. Gonzalez
Federal I.D. No. 3472
State Bar No. 08129310
**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
Harlingen, TX 78550
P. O. Drawer 1429
Harlingen, TX 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954

OF COUNSEL

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 6th day of ~~August,~~ Sept. 2001, to the following counsel of record and interested parties:

Attorney of record for Plaintiff, ROSE GARZA:

Miguel Salinas
**GARZA & SALINAS, L.L.P.**
680 E. St. Charles, Suite #110
Brownsville, TX 78520

_____
Jaime Balli

ClibPDF - www.fastio.com