12

United States District Court
Southern District of Texas
FILED

SEP 1 0 2001

Michael N. Milby
Clerk of Court

# THE HONORABLE JOHN WM. BLACK

# INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. <u>B-01-018</u>    DATE & TIME: <u>09-07-01 AT 1:30 P.M.</u>

<u>ROSE GARZA</u>    PLAINTIFF(S) <u>MIGUEL SALINAS</u>
COUNSEL

VS.

<u>FEDERAL EXPRESS CORP.</u>    DEFENDANT(S) <u>CARL K. MORRISON</u>
COUNSEL    <u>JAIME BALLI</u>

---

Attorney Carl K. Morrison appeared telephonically, Jaime Balli appeared in chambers. Miguel Salinas, attorney for Plaintiff, did not appear.

Mr. Morrison is to submit an order granting motion to appear pro hac vice.

Scheduling dates were selected.

Parties are circulating a 636(c) consent form.