12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSE GARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-018 |
| | § | |
| FEDERAL EXPRESS CORPORATION | § | |

## O R D E R

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)     All discovery in this case must be completed by **May 17, 2002.** If additional time is required, a motion requesting such extension must be filed no later than **May 3, 2002.** Failure to file such motion shall preclude further discovery.

(2)     All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3)     Dispositive Motions must be filed by **June 14, 2002.**
Response must be filed by **July 12, 2002.**

(4)     A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **September 13, 2002.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5)     A final pretrial and settlement conference is set for **September 13, 2002 at 1:30 P.M.**

(6)     Final Pretrial is set for **October 3, 2002 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **October 4, 2002 at 8:30 A.M.** before Judge Filemon B. Vela.

(7)     Trial on the merits is set for **October 2002**, docket call.

CtuPDF - www.fsolo.com

DONE at Brownsville, Texas, on this 7th day of September, 2001.

John Wm. Black
United States Magistrate Judge

CMPDF - www.fastio.com