16/1

United States District Court
Southern District of Texas
ENTERED

OCT 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSE GARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-018 |
| | § | |
| FEDERAL EXPRESS CORP. | § | |

### ORDER GRANTING *PRO HAC VICE* MOTION OF CARL K. MORRISON

AND NOW, this 12 day of ~~September~~ OCTOBER, 2001, upon consideration of the APPLICATION TO APPEAR PRO HAC VICE AND MOTION TO APPEAR AS ATTORNEY IN CHARGE (DOCKET NO. 7), it is hereby ORDERED that the Motion is GRANTED and that Carl K. Morrison of Federal Express Corporation is admitted to practice *pro hac vice* in the above-captioned matter.

DONE AT BROWNSVILLE, TEXAS, THIS 12ND DAY OF OCTOBER 2001

_____
United States Magistrate Judge

#406452