IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 0 2 2002
Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSE GARZA § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-018 |
| § | |
| FEDERAL EXPRESS CORP. § | |

## DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES

Defendant, Federal Express Corporation ("Federal Express"), hereby moves this Court to compel Plaintiff to provide responses to Defendant's First Set of Interrogatories and Requests for Production of Documents. Defendant further requests that this Court award it the reasonable fees and expenses incurred in filing this motion.

The grounds and bases for this motion are more fully set forth in the accompanying memorandum, filed contemporaneously herewith.

Respectfully submitted,

_____
Carl K. Morrison, Esquire
Tennessee Bar No. 16824
Federal Express Corporation
Legal Department
Building B, 3rd Floor
3620 Hacks Cross.
Memphis, TN 38125
Telephone: (901) 434-8552
Facsimile: (901) 434-9279

ATTORNEY IN CHARGE

Jaime Balli
Federal I.D. No. 15130
State Bar No. 01657980
ADAMS & GRAHAM, LLP
222 E. Van Buren, West Tower
Harlingen, Texas 78550
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: (956) 428-7495
Facsimile: (956) 428-2954

OF COUNSEL

ATTORNEYS FOR DEFENDANT
FEDERAL EXPRESS CORPORATION

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 4, 2001, and March 11, 2002, I wrote and caused to be delivered via facsimile and U.S. mail, to Miguel Salinas, counsel for Plaintiff, the letters attached as Exhibits 2 and 3 to Defendant's Memorandum in Support of its Motion to Compel, in an effort to avoid the necessity of Court intervention in this matter.

_____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES** has been served on the following counsel of record by depositing same in the United States Mail, first class, postage prepaid, this 1st day of April, 2002:

        Miguel Salinas
        GARZA & SALINAS, LLP
        680 E. St. Charles, Suite 110
        Brownsville, Texas 78520