IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSE GARZA | § |
| | § |
| VS. | § CIVIL ACTION NO. B-01-018 |
| | § |
| FEDERAL EXPRESS CORP. | § |

## DEFENDANT'S MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Defendant, Federal Express Corporation ("Federal Express"), hereby moves this Court to extend the current deadlines for discovery and the filing of dispositive motions, and would show the Court the following:

Defendant served its First Set of Interrogatories and its First Requests for Production of Documents on Plaintiff's counsel on September 10, 2001, over six months ago. Defendant's counsel has conferred with Plaintiff's counsel by letter on two separate occasions, in an attempt to obtain Plaintiff's responses without Court intervention. Having received no discovery responses or contact from Plaintiff's counsel, Defendant filed a motion to compel responses on April 2, 2002. As of the date of filing this motion, Plaintiff has not responded to Defendant's motion to compel, and the Court has not yet ruled.

Due to not receiving responses to its written discovery, Defendant was forced to cancel Plaintiff's recently-scheduled deposition, and has rescheduled it for May 29, 2002. The current discovery deadline is May 17, 2002. An extension until July 1, 2002 would

give the Court sufficient time to rule on Defendant's motion to compel, and would allow Defendant ample opportunity to conduct discovery after receiving Plaintiff's discovery responses, should any be forthcoming. A corresponding extension of the dispositive motion deadline until August 1, 2002 would not interfere with any other current deadlines, as this case is set for the October, 2002 docket call.

Defendant attempted to confer with counsel for Plaintiff regarding Plaintff's position as to the relief requested in this motion (see letter attached as Exhibit A), but to date has not received a response to its inquiry. Accordingly, Defendant respectfully requests that this Court extend the discovery deadline until and including July 1, 2002, and the dispositive motion deadline until and including August 1, 2002.

Respectfully submitted,

Carl K. Morrison, Esquire
Tennessee Bar No. 16824
Federal Express Corporation
Legal Department
Building B, 3rd Floor
3620 Hacks Cross.
Memphis, TN 38125
Telephone: (901) 434-8552
Facsimile: (901) 434-9279

ATTORNEY IN CHARGE

Jaime Balli
Federal I.D. No. 15130
State Bar No. 01657980
ADAMS & GRAHAM, LLP
222 E. Van Buren, West Tower
Harlingen, Texas 78550
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: (956) 428-7495

Facsimile: (956) 428-2954

OF COUNSEL

ATTORNEYS FOR DEFENDANT
FEDERAL EXPRESS CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANT'S MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** has been served on the following counsel of record by depositing same in the United States Mail, first class, postage prepaid, this 1st day of May, 2002:

Miguel Salinas
GARZA & SALINAS, LLP
680 E. St. Charles, Suite 110
Brownsville, Texas 78520

434248