IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSE GARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-018 |
| | § | |
| FEDERAL EXPRESS CORP. | § | |

### DEFENDANT'S NOTICE OF ERRATA

Defendant, Federal Express Corporation ("Defendant"), respectfully submits this Notice of Errata to attach Defendant's Exhibit A to Defendant's Motion to Extend Discovery and Dispositive Motion Deadlines. Counsel for Defendant inadvertently failed to attach the exhibit to its original motion.

Respectfully submitted,

Carl K. Morrison, Esquire
Tennessee Bar No. 16824
Federal Express Corporation
Legal Department
Building B, 3rd Floor
3620 Hacks Cross.
Memphis, TN 38125
Telephone: (901) 434-8552
Facsimile: (901) 434-9279

ATTORNEY IN CHARGE

Jaime Balli
Federal I.D. No. 15130
State Bar No. 01657980
ADAMS & GRAHAM, LLP
222 E. Van Buren, West Tower
Harlingen, Texas 78550
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: (956) 428-7495
Facsimile: (956) 428-2954

OF COUNSEL


ATTORNEYS FOR DEFENDANT
FEDERAL EXPRESS CORPORATION


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANT'S NOTICE OF ERRATA** has been served on the following counsel of record by depositing same in the United States Mail, first class, postage prepaid, this 2nd day of May, 2002:

Miguel Salinas
GARZA & SALINAS, LLP
680 E. St. Charles, Suite 110
Brownsville, Texas 78520

_____

434578



```
                                          Legal Department
                                          3620 Hacks Cross Road
                                          3rd Floor, Building B
                                          Memphis, TN 38125

                                          Telephone 901.434.8600
```

**FedEx Express**

Direct Line:
(901) 434-8552

E-Mail Address:
carl.morrison@fedex.com

**Via Facsimile & U. S. Mail**

April 11, 2002

Mr. Miguel Salinas, Esq.
Garza & Salinas, LLP
680 E. St. Charles, Suite 110
Brownsville, TX 78520

Re:   <u>Rose Garza v. Federal Express Corporation</u>
      Case No. 2001-08-3658-B
      FedEx Matter No. 60-6686

Dear Mr. Salinas:

In regard to the above matter, enclosed please find a Re-Notice to Take Deposition of Plaintiff for May 29, 2002 at 9:00 a.m. in the office of our local counsel, Jaime Balli. The rescheduling is necessary because it does not appear that we will receive discovery responses in time to conduct Plaintiff's deposition on April 19.

In addition, I intend to ask the Court for an extension of the discovery deadline and the deadline for filing dispositive motions. Please let me know if you oppose these extensions. Should you have any questions, please give me a call.

Very truly yours,

FEDEX EXPRESS

Carl K. Morrison
Senior Attorney/Litigation

CKM/emb/431875

Enclosure

cc:   Jaime Balli, Esq. (via U. S. mail)



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSE GARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-018 |
| | § | |
| FEDERAL EXPRESS CORP. | § | |

RE- NOTICE TO TAKE DEPOSITION OF PLAINTIFF

TO: Rose Garza, Plaintiff
Miguel Salinas, Attorney for Plaintiff
Garza & Salinas, LLP
680 E. St. Charles, Suite 110
Brownsville, Texas 78520

PLEASE TAKE NOTICE that Defendant cancels the deposition of Plaintiff currently scheduled for April 19, and will take the deposition upon oral communication of Plaintiff, Rose Garza on Wednesday, May 29, 2002 at 9:30 a.m. at the office of Jaime Balli, Esq., Adams & Graham, LLP, 222 E. Van Buren, West Tower, Harlingen, Texas 78550.

The deposition will be taken in accordance with all applicable Federal Rules of Civil Procedure, upon personal examination before a duly licensed Court Reporting Service, a notary public or any other officer authorized by law to take depositions in the State of Texas, and will continue day to day until concluded.

YOU ARE INVITED TO ATTEND AND CROSS-EXAMINE THE WITNESS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing RE-NOTICE TO TAKE DEPOSITION OF PLAINTIFF has been served on the following counsel of record by depositing same in the United States Mail, first class, postage prepaid, this 11th day of April, 2002:

>Miguel Salinas
>GARZA & SALINAS, LLP
>680 E. St. Charles, Suite 110
>Brownsville, Texas 78520

427889

3

DATED: 4/11/02

Respectfully submitted,

Carl K. Morrison, Esquire
Tennessee Bar No. 16824
Federal Express Corporation
Legal Department
Building B, 3rd Floor
3620 Hacks Cross.
Memphis, TN 38125
Telephone: (901) 434-8552
Facsimile: (901) 434-9279

ATTORNEY IN CHARGE

Jaime Balli
Federal I.D. No. 15130
State Bar No. 01657980
ADAMS & GRAHAM, LLP
222 E. Van Buren, West Tower
Harlingen, Texas 78550
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: (956) 428-7495
Facsimile: (956) 428-2954

OF COUNSEL

ATTORNEYS FOR DEFENDANT
FEDERAL EXPRESS CORPORATION

2