*19*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

**MAY 0 9 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| ROSE GARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-018 |
| | § | |
| FEDERAL EXPRESS CORPORATION | § | |

TYPE OF CASE:     __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES (DOCKET NO. 15) AND DEFENDANT'S MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES (DOCKET NO. 17)**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MAY 29, 2002 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 8, 2002

TO:     MR. MIGUEL SALINAS
        MR. JAIME BALLI
        MR. CARL MORRISON