United States District Court
Southern District of Texas
FILED

MAY 29 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES (DOCKET NO. 15) AND DEFENDANT'S MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES (DOCKET NO. 17)

| | |
|---|---|
| CIVIL ACTION NO. B-01-018 | DATE & TIME: 05-29-02 AT 2:00 P.M. |
| ROSE GARZA | PLAINTIFF(S) COUNSEL: MIGUEL SALINAS |
| VS. | |
| FEDERAL EXPRESS CORP. | DEFENDANT(S) COUNSEL: CARL K. MORRISON / JAIME BALLI |

---

ERO: Gabriel Mendieta
CSO: Richard Harrelson

Attorneys Miguel Salinas and Carl Morrison appeared.

Fees and costs will be awarded counsel for the defense at the rate of $180.00 for 4 hours. Defense counsel will prepare an order.