IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSE GARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-018 |
| | § | |
| FEDERAL EXPRESS CORP. | § | |

### ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Based upon the motion of Defendant, and for good cause shown, the motion of Defendant to extend the discovery and dispositive motion deadlines is GRANTED. The new deadline for Defendant to complete discovery is July 1, 2002, and the deadline to submit dispositive motions is August 1, 2002.

It is so ordered this 29 day of MAY 2002

_____
UNITED STATES MAGISTRATGE JUDGE