

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSE GARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-018 |
| | § | |
| FEDERAL EXPRESS CORPORATION | § | |

### ORDER

On this 30th day of May, 2002 the Court considered Defendant's Motion to Compel Discovery Responses. (Docket No. 15). The Court is of the opinion that the Motion should be granted.

IT IS THEREFORE **ORDERED** that Defendant's Motion to Compel Discovery Responses is **GRANTED**.

DONE at Brownsville, Texas, on this 30th day of May, 2002.

John Wm. Black
United States Magistrate Judge