United States District Court
Southern District of Texas
FILED

SEP 1 3 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

FINAL PRETRIAL CONFERENCE

CIVIL ACTION NO. __B-01-018__   DATE & TIME: ___09-13-02 AT 1:30 P.M.___

ROSE GARZA                        PLAINTIFF(S)  ___MIGUEL SALINAS___
                                  COUNSEL

VS.

FEDERAL EXPRESS CORP.             DEFENDANT(S)  ___CARL K. MORRISON___
                                  COUNSEL       ___JAIME BALLI___

---

Attorneys did not appear. Parties were called and the court was notified that this case had been settled in July, 2002. Attorneys were instructed to file Order of Dismissal.