IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 23 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| ROSE GARZA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-018 |
| | § | |
| FEDERAL EXPRESS CORP. | § | |

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the parties, IT IS HEREBY ORDERED:

1. All claims, cross-claims and counterclaims arising out of the matters in issue in the complaints, amended complaints, and answers filed herein, which were brought or could have been brought by the parties, are hereby dismissed with prejudice.

2. The parties are to bear their own costs.

IT IS SO ORDERED AND DECREED this 23rd day of September, 2002.

_____
UNITED STATES DISTRICT JUDGE

Agreed:

_____      _____
Carl K. Morrison, Esq.                Miguel Salinas, Esq.
Attorney for Defendant                Attorney for Plaintiff
Federal Express Corporation           Rose Garza